Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

No. 66169.—Derby Foods, Inc. *v.* United States, protests 288004–K and 304940–K (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

No. 66170.—Canada Packers, Inc. *v.* United States, protests 60/19148 and 60/19209 (Boston).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, OCTOBER 23, 1961

No. 66171.—General Home Equipment, Inc., and Hoyt, Shepston & Sciaroni et al. *v.* United States, protests 58/14096–S, etc. (San Francisco).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

No. 66172.—Geo. S. Bush & Co., Inc., et al. *v.* United States, protests 59/9001–S, etc. (Seattle).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

No. 66173.—Jack Kemp et al. *v.* United States, protests 59/25253, etc. (Los Angeles).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

No. 66174.—The Brabant Needle Co., Inc. *v.* United States, protests 61/302 and 61/307 (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of needle wrappers the same in all material respects as those the subject of Abstract 63395, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, OCTOBER 23, 1961

No. 66175.—"21" Brands, Inc. *v.* United States, protest 60/22917 (New York).

Opinion by JOHNSON, J. It was stipulated that the facts and issues herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C.C.P.A. 112, C.A.D. 351) and that 12 cases of liquor reported by the inspector as manifested, not found, were not in fact received by